# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

PATRICIA PYNE,

        Plaintiff,

v.

LIBERTY SCHOOL DISTRICT,

        Defendant.

Case No. **4:14-cv-00680-FJG**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate and agree that this cause be dismissed with prejudice to the refiling thereof, with each party to bear her or its own costs, including attorney fees and expenses.

Respectfully submitted,

**HOLMAN SCHIAVONE, LLC**

_____
Amy P. Maloney    Mo. Bar No. 48936
4600 Madison Ave., Suite 810
Kansas City, MO 64112
Telephone:  (816) 283-8738
Facsimile:  (816) 283-8739
amaloney@hslawllc.com

ATTORNEYS FOR PLAINTIFF

**CORONADO KATZ LLC**

_____
Mark D. Katz       Mo. Bar No. 35776
14 West Third Street, Suite 200
Kansas City, MO 64105
Telephone:  (816) 410-6600
Facsimile:  (816) 337-3892
mark@coronadokatz.com

ATTORNEYS FOR DEFENDANT